Entered on Docket
June 22, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed June 22, 2015

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-52000-ASW |
| Arthur Salas, Jr. and Susan Salas, | Chapter 13 |
| Debtors. | Date: June 30, 2015 |
| | Time: 10:00 a.m. |

**TENTATIVE DECISION GRANTING MOTION TO DISMISS**

This case is over 13 months old. The case shall be dismissed on **October 31, 2015**, if not confirmed or converted by that date. The Trustee shall submit a proposed order to that effect.

The Trustee has moved to dismiss this case for unreasonable delay prejudicial to creditors under 11 U.S.C. § 1307(c)(1) based on the failure to resolve the Trustee's objections to confirmation which have been pending since **June 30, 2014.**

The Debtors did not file any opposition by the **June 12, 2015** deadline. However, the Debtors' attorney is Judson Farley, and the Court surmises that no opposition was filed because he has closed, or is in the process of closing, his law office and/or as the result of neglect. For this reason, the Court will not order

immediate dismissal and will allow the Debtors additional time to obtain new counsel, if they choose to do so.

The Trustee's most recent objection filed on **December 24, 2014** contains **seven** points:

1. The plan may not be feasible.
2. A secured creditor has been omitted from the plan and schedules.
3. Debtors have failed to provide pay advices.
4. Debtors must provide a 2013 tax return.
5. Debtors must file schedules I and J on the approved forms.
6. Debtors must schedule the entire Ocwen claim.
7. Another secured creditor has been omitted from the plan and schedules.

There are no creditor objections.

**\*\*\* End of Tentative Decision \*\*\***

Case: 14-52000    Doc# 31    Filed: 06/22/15    Entered: 06/22/15 11:55:22    Page 2 of 3

|   |   |
|---|---|
| 1 | Court Service List |
| 2 | |
| 3 | Judson T. Farley<br>Law Offices of Judson T. Farley<br>830 Bay Ave. #B |
| 4 | Capitola, CA 95010-2173 |
| 5 | |
| 6 | Arthur Salas, Jr.<br>Susan Salas<br>135 Marcela Drive |
| 7 | Watsonville, CA 95076 |

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California